

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00226-CV

| | | |
|---|---|---|
| BETTY C. BRITTON, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (C2020069) |
| V. | § | November 10, 2021 |
| KENNETH K. LAUGHLIN, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT ON REHEARING

After considering Appellant Betty C. Britton's motion for rehearing, we grant the motion, withdraw our September 2, 2021 opinion and judgment, and substitute the following.

This court has considered the record on appeal in this case. It is ordered that the judgment of the trial court is vacated in part, affirmed in part, reversed in part, and remanded. We vacate that portion of the trial court's judgment that applies to Britton's now-moot Bank of America claim, affirm the portion of the judgment pertaining to res judicata, reverse the attorney's-fee award, and remand the case to the trial court for proceedings consistent with this opinion.

It is further ordered that each party shall bear its own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell